**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: June 18, 2009**

C. Kathryn Preston
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 08-60905 |
| | : | Chapter 7; Judge Preston |
| Pharmaceutical Alternatives, Inc. | : | |
| | : | |
| Debtor | : | |

### ORDER GRANTING APPLICATION FOR THE AUTHORITY TO EMPLOY BUSINESS BROKER (#224)

This matter is before the Court upon the Trustee's Application to Employ Business Broker (Filed and served May 20, 2009; Docket Entry #224). Pursuant to an Order entered on June 2, 2009, (Docket Entry #242), the Court granted the Trustee's request to reduce the notice period on this Application to ten days. The Court finds that proper notice has been provided and that no objections or requests have been filed. The Court further finds that good cause exists for granting the Application.

It is, therefore, ORDERED that Trustee is authorized to employ Hank Waida and Equity Partners, Inc. of Maryland ("Broker") to assist the Trustee in selling the Debtor's business pursuant to the terms of the agreement attached to the Application.

It is further ORDERED that Broker will be reimbursed for its actual costs and expenses associated with the sale of Debtor's business, subject to pre-approval by the Trustee and ultimate

approval by the Bankruptcy Court, up to maximum of $14,000. Trustee will receive these funds from Cardinal Health 113 LLC.

It is further Ordered that the Broker's fee will be calculated as follows and subject to further approval by this Court:

   8% of the first $1,000,000 (one million dollars) of gross sales proceeds, and
   6% of gross sales proceeds between $1,000,001 and $2,000,000, and
   5% of gross sales proceeds between $2,000,001 and $4,000,000, and
   4% of gross sales proceeds between $4,000,001 and $6,000,000, and
   3% of gross sales proceeds between $6,000,001 and $8,000,000, and
   2% of gross sales proceeds between $8,000,001 and $10,000,000, and
   1% of any gross sales proceeds in excess of $10,000,000 (ten million dollars)

**IT IS SO ORDERED.**


Approved:




/s/ Kenneth M. Richards
Kenneth M. Richards (0040455) Attorney for
William B. Logan Jr., Trustee
LUPER NEIDENTHAL & LOGAN
A Legal Professional Association
50 West Broad Street, Suite 1200
Columbus, Ohio 43215
(614) 221-7663
(866) 345-4948 – Facsimile


Copies to:

*REGULAR MAIL:*

Jean L Christopher
9532 Lakewood Drive NE
Mineral City, OH 44656

Darlene Prodan
3872 W. 136th Street
Cleveland, OH 44111

James Prodan
3872 W. 136th Street
Cleveland, OH 44111

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, Fl 33131

Randal D Robinson
601 South High Street
Second Floor
Columbus, OH 43215

Brent A Stubbins
Stubbins Watson and Erhard Co LPA
59 N 4th St
PO Box 488
Zanesville, OH 43702-0488

David M. Whittaker
100 South Third Street
Columbus, OH 43215


*ELECTRONIC MAIL:*

- Daniel M Anderson     danderson@szd.com, sheaberlin@szd.com
- Asst US Trustee (Col)     ustpregion09.cb.ecf@usdoj.gov
- Andria M Beckham     abeckham@bricker.com
- Jeremy M Campana     jeremy.campana@thompsonhine.com
- Tiffany Strelow Cobb     tscobb@vorys.com, cdfricke@vorys.com
- James W Ehrman     jwe@kjk.com, pleadingsjwe@gmail.com,rlh@kjk.com,dsb@kjk.com
- Robert C Folland     Rob.Folland@ThompsonHine.com
- Lawrence Hackett     larry.hackett@usdoj.gov
- Bethany Hamilton     USAOHS.ECFColBank@usdoj.gov
- Polly J Harris     pharris@porterwright.com
- Lawrence A Heiser     lheiser@ohlaw.com
- Sherri Blank Lazear     slazear@bakerlaw.com
- William B Logan     wlogan@lnlattorneys.com, wlogan@ecf.epiqsystems.com
- Larry J. McClatchey     lmcclatchey@keglerbrown.com
- Victoria E Powers     vpowers@szd.com
- Christy Prince     cprince@keglerbrown.com
- Susan L Rhiel     pleadings@susanattorneys.com
- Kenneth M Richards     krichards@lnlattorneys.com
- Richard T Robol     rrobol@robollaw.com

- James P Schuck    jschuck@bricker.com, jkostora@bricker.com
- Brent A Stubbins    bstubbins@zanesville.law.pro
- Brent A Stubbins    bstubbins@zanesville.law.pro, bs@trustesolutions.com
- Andrew L Turscak    andrew.turscak@thompsonhine.com
- Mark A Weintraub    mark.weintraub@thompsonhine.com
- David M Whittaker    dwhittaker@bricker.com, dwhittaker@ecf.epiqsystems.com
- David M Whittaker    dwhittaker@bricker.com
- David J Wigham    wigham@ccj.com
- Mary Anne Wilsbacher    MaryAnne.Wilsbacher@usdoj.gov

###