**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: July 05, 2009**

C. Kathryn Preston
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 08-60905 |
| | : | |
| Pharmaceutical Alternatives Inc. | : | Chapter 7; Judge C. Kathryn Preston |
| | : | |
| Debtors. | : | |

**ORDER AUTHORIZING TRUSTEE TO EMPLOY COUNSEL**
(Related Doc# 218 )

    This day this cause came on for the consideration of the Court upon the Application of the Trustee for authority to employ counsel with no adverse interest being represented:

    **THE COURT FINDS**, that it would be in the best interests of this estate and its creditors that the Trustee be authorized to employ William B. Logan Jr., and the law firm of Luper Neidenthal & Logan, A Legal Professional Association as counsel to represent the Trustee, generally, in all matters pertaining to the administration of this estate.

    **IT IS, THEREFORE, ORDERED**, that the Trustee is authorized to employ William B. Logan Jr., and the law firm of Luper Neidenthal & Logan, A Legal Professional Association, as counsel for the Trustee to represent the Trustee, generally, in the administration of this estate and to perform such services as the Trustee may require from time to time.

    **IT IS SO ORDERED.**

Copies to:      United States Trustee (Electronic Service)
                  William B. Logan Jr., Trustee (Electronic Service)
                  Andra M. Beckham, David M. Whittaker, James P. Schuck, Attorney for Debtor (Electronic Service)
                  Pharmaceutical Alternatives Inc.

###