**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 08-60905 |
| | : | Chapter 7; Judge Preston |
| Pharmaceutical Alternatives, Inc. | : | |
| | : | |
| Debtor | : | |

**MOTION FOR AUTHORITY TO COMPROMISE DISPUTES WITH**
**NORTHCOAST HEALTHCARE MANAGEMENT SERVICES**
**LTD REGARDING ANTHEM CLAIMS**

William B. Logan, Jr., Trustee in the above captioned case, moves this Court for authority to compromise claims which the bankruptcy estate has against Northcoast Healthcare Management Services LTD ("Northcoast"), with regard to claims handled by Northcoast on behalf of the Debtor for claims to be paid by Anthem Blue Cross and Blue Shield ("Anthem"), a healthcare insurance company. If approved by the Court, this settlement would result in the following:

1. A cash payment of $26,051.00 to the bankruptcy estate.
2. The withholding of twenty percent of amounts due the bankruptcy estate to protect Northcoast against retrospective denials and other take backs.
3. The payment by Northcoast to the bankruptcy estate of additional collections, subject to a twenty percent withholding, within thirty days of the last day of the month of collection.
4. The withheld amount is to be retained by Northcoast until the Trustee notifies Northcoast that he is preparing to close the administration of this case, at which time the parties will negotiate the additional amount to be paid to the bankruptcy estate, which will be determined based upon the experience of Northcoast with retrospective denials and other take backs.

WHEREFORE, the Trustee prays for an order of this Court authorizing the compromise with Northcoast under the terms stated above, and more fully described in the memorandum in support of this motion.

Respectfully submitted,

**LUPER, NEIDENTHAL & LOGAN**
**A Legal Professional Association**


/s/  William B. Logan, Jr.
William B. Logan, Jr., Case Attorney
for William B. Logan, Jr., Trustee
50 West Broad Street, Suite 1200
Columbus, OH 43215
Supreme Court Number: 0019290
614/229-4449


## MEMORANDUM IN SUPPORT OF MOTION

Pharmaceutical Alternatives, Inc. ("PAI") contracted with Northcoast to provide PAI with various services, including billing and collection of PAI accounts with certain insurance companies, including Anthem.

Disputes have arisen between the Debtor and Northcoast regarding the relationship between the Debtor and Northcoast on the Anthem account, and on other matters, which will not be dealt with in this motion.

Attached hereto is a chart showing the status of various accounts, claims and counter-claims between the Debtor and Anthem.  This chart shows the following information:

1. The total amount due the bankruptcy estate from Northcoast is $60,833.18, consisting of pre-petition claims of $40,060.86 and post-petition claims of $20,772.32.
2. The total amount due Northcoast from the Debtor is $28,269.43 consisting of $4,426.03 in invoices already paid by Northcoast to the Debtor for which Northcoast has never been paid by the insurance company, $21,000.00 due to Northcoast from the Debtor which was due in 2008 and was never paid, and $2,843.40 in take backs by Anthem for pre-petition obligations.
3. The total amount of Anthem accounts which are still open for processing is $12,793.40, of which $5,039.95 is pre-petition, and $7,753.45 is post-petition.

The Trustee has reviewed all of the information provided by Northcoast with regard to each of the accounts, with the assistance of Mr. Steve Williams, the individual retained by the Trustee to assist in the analysis and collection of accounts receivable, and the Trustee has determined that the amounts stated in the attached analysis appear to be correct.

The amount of $26,051.00 will be paid upon approval by this Court, computed as follows:

1. Payments received for pre-petition
   and post-petition claims                          $60,833.18
   Less:

2. Amount due Northcoast                             ($28,269.43)

   Tentative amount due                              $32,563.75
   Less:

3. 20% withholding for retrospective
   denials and other take backs                      ($6,512.75)

   Amount currently payable                          $26,051.00

The amount to be withheld (i.e., 20% of the tentative amount due to the estate) is $6,512.75. This amount may increase, if any of the outstanding accounts are collected, thereby adding 20% of the total amount collected to this account, and may decrease if there are any retrospective denials or other take backs, which are common in the medical field. Upon notification to Northcoast by the Trustee that he intends to close this case, Northcoast and the Trustee will discuss how to resolve the withheld amounts, and will determine the proper amount to be paid to the bankruptcy estate, based upon the experience of Northcoast with retrospective denials and other take backs. Since this aspect of the settlement is not being resolved at this time, in the future the Trustee will need to get Court approval of any additional compromise provisions, and requests the authority to obtain a Court order for that settlement upon approval only of Capital Wholesale Drug Company and Cardinal Health 113, LLC or such other creditor which may be affected by the settlement at the time of closing of this case.

Respectfully submitted,

**LUPER, NEIDENTHAL & LOGAN**
**A Legal Professional Association**

/s/ William B. Logan, Jr.
William B. Logan, Jr., Case Attorney
for William B. Logan, Jr., Trustee
50 West Broad Street, Suite 1200
Columbus, OH 43215
Supreme Court Number: 0019290
614/229-4449

## NOTICE OF RIGHT TO RESPOND WITHIN 20 DAYS

Movant has filed papers with the Court for authority to compromise disputes with Northcoast Healthcare Management Services LTD regarding Anthem Claims.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the court to grant the Motion, or if you want the Court to consider your views on the Motion, then on or before twenty (20) days from the date of the mailing of this Notice, you or your attorney must:

File with the Court a written request for hearing and an objection to the Motion stating therein the basis for your objection. This pleading must be filed at the Clerk of Courts, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215. If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

Clerk of Courts
United States Bankruptcy Court
170 N. High Street
Columbus, OH 43215

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

      William B. Logan Jr., Trustee
      Luper Neidenthal & Logan
      A Legal Professional Association
      50 W. Broad Street, Suite 1200
      Columbus, OH 43215

      Office of the U. S. Trustee
      170 N. High Street
      Columbus, OH 43215

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 13, 2009, a copy of the foregoing was served electronically through the Court's ECF system upon the following:

Asst US Trustee (Col) ustpregion09.cb.ecf@usdoj.gov
Andria M Beckham abeckham@bricker.com
Jeremy M Campana  jeremy.campana@thompsonhine.com
Tiffany Strelow Cobb tscobb@vorys.com, cdfricke@vorys.com
James W Ehrman jew@kjk.com, pleadingsjwe@gmail.com, rlh@kjk.com, dsb@kjk.com
Robert C Folland Rob.Folland@ThompsonHine.com
Lawrence Hackett larry.hackett@usdoj.gov
Bethany Hamilton USAOHS.ECFColBank@usdoj.gov
Polly J Harris pharris@porterwright.com
Lawrence A Heiser lheiser@ohlaw.com
Sherri Blank Lazear slazear@bakerlaw.com
Larry J. McClatchey lmcclatchey@keglerbrown.com
Victoria E Powers vpowers@szd.com
Christy Prince cprince@keglerbrown.com
Susan L Rhiel pleadings@susanattorneys.com
Richard T Robol rrobol@columbuscounsel.com
James P Schuck jschuck@bricker.com, jkostora@bricker.com
Brent A Stubbins bstubbins@zanesville.law.pro, bs@trusteesolutions.com
Andrew L Turscak Andrew.turscak@thompsonhine.com
Mark A Weintraub mark.weintraub@thompsonhine.com
David M. Whittaker dwhittaker@bricker.com, dwhittaker@ecfsystems.com
David J. Wigham wigham@ccj.com
Mary Anne Wilsbacher MaryAnne.Wilsbacher@usdoj.com

And served by regular U.S. Mail, postage prepaid, upon the following:

Northcoast Health Care Management
Services, Ltd.
23230 Chagrin Blvd.
Beachwood, OH 44122

Capital Wholesale Drug Company
c/o Porter, Wright, Morris & Arthur LLP
41 South High Street, 31st Floor
Attn: Polly J. Harris, Esq.
Columbus, OH 43215

Pharmaceutical Alternatives, Inc.
238 Main Street
Coshocton, OH 43812

Novis Pharmaceuticals, LLC
5000 SW 75th Avenue, Suite 121
Miami, FL 33155

United States of America on behalf of IRS
Two Nationwide Plaza
280 N High Street 4th Fl
Columbus, OH 43215

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, Fl 33131

ACU Serve Corp.
2020 Front Street, Suite 2
Cuyahoga Falls, OH 44223

Advance Printing
1349 Delashmut Ave.
Columbus, OH 43212

William Albert
1300 Cassingham Hollow Drive
Coshocton, OH 43812

Anthem BCBS OH Group
P.O. Box 790442
Saint Louis, MO 63179-0442

Ameritech
c/o Collection Bureau of America
25954 Eden Landing Road
Hayward, CA 94545

Aspen Publishing
7201 McKinney Circle
Frederick, MD 21704

Anthem Blue Cross and Blue Shield
ATTN: Joseph Klein
4361 Irwin Simpson Road
Mason, OH 45040

B. Elise Miller
2171 Forest Hill Drive
Coshocton, OH 43812

Arwebb Office Equipment
P.O. Box 5090
Newark, OH 43058

B. Elise Miller
2172 Forest Hill Drive
Coshocton, OH 43812

Barbara B. Miller
PO Box 916
Coshocton, OH 43812

BP Oil Company
P.O. Box 70887
Charlotte, NC 28272-0887

Baxter Laboratories
Baxter Biotech, Hyland Di
1627 Lake Cook Road
Deerfield, IL 60015

Baxter Healthcare
Attn Gail D'Alesandro - DF6/3E
1 Baxter Pkwy
Deerfield IL 60015

Brad Kennedy
6705 Sandy Shores Drive
Loveland, OH 45140

Bethany Hamilton, Esq.
Assistant US Attorney
303 Marconi Blvd., Suite 200
Columbus, OH 43215

Capital Wholesale Drug Company
873 Williams Avenue
Columbus, OH 43212

Cardinal Health 113 LLC
Attn. Debra A. Willet Esq.
VP and Associate General Counsel
7000 Cardinal Place
Dublin, OH 43017

City of Coshocton
Income Tax Division
760 Chestnut Street
Coshocton, OH 43812

Coshocton County Memorial Hospital
1460 Orange Street
Coshocton, OH 43812

Coshocton Towne Centre
P.O. Box 795
Coshocton, OH 43812

Cuyahoga County Treasurer
1219 Ontario St, Rm 112
Cleveland OH 44113

Emerald Health Network
1301 East 9th Street
Cleveland, OH 44114

Dana Campbell
PO Box 1213
Coshocton, OH 43812

Extermital Termite & Pest
P.O. Box 36
West Lafayette, OH 43845

Don Oates
2449 Punderson Dr.
Hilliard, OH 43026

Gemco Medical
P.O. Box 429
Hudson, OH 44236-0429

Emerald Health Network
Attn: Jenn Alexinas
222 W Las Colinas Blvd., Suite 600N
Irving TX 75039

Guardian Life Insurance
P.O. Box 95101
Chicago, IL 60694-5101

Gary Moll
195 Eagles Nest Rd.
Zanesville, OH 43701

Huntington National Bank
c/o Chris Welch
2361 Morse Rd. NC3W67
Columbus, OH 43229

Graphic Enterprises, Inc.
3874 Highland Park, NW
North Canton, OH 44720

Huntington National Bank
422 West Main Street
Zanesville, OH 43702

H. D. Smith Wholesale Drug Co.
PO Box 660277
Indianapolis, IN 46266-0277

Internal Revenue Service
Attn. Jeffery A. Johnson
200 North High Street, Room 425
Columbus, OH 43215

Internal Revenue Service
Special Procedures Staff
PO Box 1579
Cincinnati OH 45201

Jacobs Vanaman Agency, Inc.
530 Main Street
Coshocton, OH 43812

John Raytis
730 Fairmont Ave.
Zanesville, OH 43701

M.W. Motors, Inc.
1921 Otsego Ave.
Coshocton, OH 43812

Medical Mutual of Ohio
2060 East Ninth Street
Cleveland, OH 44115-1355

Medical Technology Resources LLC
C/O Randal D Robinson Esq.
601 S High St Fl 2
Columbus OH 43215

Medtronic
Attn: Finished Goods
800 53rd Ave., NE
Minneapolis, MN 55421

Michelle Darner, Treasurer
Courthouse Annex
Columbus, OH 43218

Mini-Med
P.O. Box 54259
Los Angeles, CA 90054

Homecare Matters
P.O. Box 327
Galion, OH 44833

Integrated Medical Systems
4926 Paysphere Circle
Chicago, IL 60674

Internal Revenue Service
Insolvencies
PO Box 21126
Philadelphia, PA 19114

J & E Distributors
865 Orchard Hill Road
Zanesville, OH 43701

John Kuhn
337 Wooster Rd.
Mount Vernon, OH 43050

Laboratory Certification
1171 Chesapeake Ave.
Columbus, OH 43212

MD Services, Inc.
P.O. Box 875
Hebron, OH 43025

Medical Technology Resources
101-F Taylor Station Road
Columbus, OH 43230

Medtronic
3850 Victoria Street N
MS 55126
Shoreview MN 55126

Miller Pharmacy
234 Main Street
Coshocton, OH 43812

Nancy Murray
1690 Bayberry Lane
Coshocton, OH 43812

National Government Service
PCU-DME MAC-IN
Indianapolis, IN 46266

Northcoast Health Care Management
Services, Ltd.
c/o James W. Ehrman
1375 East 9th Street Suite 2000
Cleveland OH 44114-1793

Donald K. Oates
2449 Punderson Dr.
Hilliard, OH 43026

Ohio Department of Taxation
Attn Bankruptcy Division
PO Box 530
Columbus, OH 43266-0030

Max Olinger
1312 S. 13th Street
Coshocton, OH 43812

Overpayment Recovery Service
P.O. Box 291269
Nashville, TN 37229-1269

Personal Touch Home Care--Cincinnati
Cincinnati, OH 45236

Pitney Bowes Credit Corporation
PO Box 85460
Louisville, KY 40285-5460

Postage By Phone Plus
P.O. Box 856042
Louisville, KY 40285-6042

Moore Wallace
P.O. Box 93514
Chicago, IL 60673-3514

National City Bank
c/o Weltman, Weinberg & Reis Co.
PO Box 93596
Cleveland, OH 44101-5596

Nestle USA
c/o Nancy Reynoso
800 N Brand Blvd.,
Glendale CA 91203

Novis Pharmaceuticals, LLC
5000 SW 75 Ave., Suite 12
Miami, FL 33155

Ohio Attorney General
Collections Enforcement Section
150 E. Gay Street, 21 Fl.
Columbus, OH 43215

Ohio Bureau of Workers Compensation
Attn Law Section Bankruptcy Unit
P.O. Box 15567
Columbus, OH 43215

Ohio Department of Job & Family Services
Attn: Revenue Recovery
P.O. Box 182404
Columbus, OH 43218-2404

Oles & Associates, LLC
1328 Dublin Road, Suite 400
Columbus, OH 43215

Option Care Inc.
485 Half Day Road, Suite 300
Buffalo Grove, IL 60089

Patricia Moore
4182 Asbury Ridge Dr.
Columbus, OH 43230

QS/1 Data Systems
P.O. Box 6052
Spartanburg, SC 29304

Personal Touch Home Care--Wooster
Wooster, OH 44691

John B. Raytis
730 Fairmont Ave.
Zanesville, OH 43701

Pitney Bowes Inc
27 Waterview Dr.
Shelton CT 06484

Regional Income Tax Agency
10107 Brecksville Road
Brecksville, OH 44141

omerene, Burns & Skelton
309 Main Street
Coshocton, OH 43812

Renovated Investments
309 Main Street
Coshocton, OH 43812

Prince's Wrecker Service
134 North 5th St.
Coshocton, OH 43812

Securities and Exchange
175 W Jackson Blvd #900
Chicago IL 60604

Regional Income Tax Agency
Attn Bankruptcy
P.O. Box 477900
Broadview Heights, OH 44147

Carl Sigel
5388 Riverstyx Road
Medina, OH 44256

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Speedway SuperAmerica LLC
PO Box 1590
Springfield, OH 45501

Roetzel & Andress
1375 East Ninth Street
One Cleveland Center 9th Floor
Cleveland OH 44114

Swiss Valley Oil Company
224 Yoder Ave.
Sugarcreek, OH 44681

Skip's Refuse Service
Box 101
Warsaw, OH 43844

Thomson Healthcare
P.O. Box 6911
Florence, KY 41022-6911

Speedway Superamerica
P.O. Box 740587
Cincinnati, OH 45274

U.S. Department of Labor, EBSA
Three Rivers Option Care Simple IRA
Paul C. Baumann, EBSA Cincinnati
1885 Dixie Highway Suite 210
Ft. Wright, KY 41011

The Cincinnati Life Insurance Company
Cincinnati, OH 45250

US Department of Labor
Employee Benefits Security Admin.

Viasys Med Systems-Corpa
100 Chaddick Dr.

| | |
|---|---|
| 1885 Dixie Highway<br>Ft. Wright, KY 41011 | Wheeling, IL 60090 |
| Welcon<br>P.O. Box 961013<br>Fort Worth, TX 76161-0013 | Tri-State Hospital Supply<br>P.O. Box 170<br>Howell, MI 48843 |
| James and Darlene Prodan<br>3872 W. 136th Street<br>Cleveland, OH 44111 | US Attorney<br>303 Marconi Blvd<br>Columbus OH 43215 |
| Richard T Robol<br>Robol Law Office<br>433 West Sixth Avenue<br>Columbus, OH 43201 | Universal Home Health<br>701 South Main St.<br>Bellefontaine, OH 43311 |
| R. Brent Martin<br>6659 Pearl Road, Suite 100<br>Cleveland, OH 44130 | WTNS Radio<br>114 North Sixth Street<br>Coshocton, OH 43812 |
| James P Schuck<br>100 S Third St<br>Columbus, OH 43215 | Wholesale Company<br>c/o Tiffany Strelow Cobb, Esq.<br>Vorys Sater Seymour and Pease LLP<br>52 East Gay Street<br>Columbus OH 43215 |
| Jean L Christopher<br>9532 Lakewood Drive NE<br>Mineral City, OH 44656 | |

                                  /s/ William B. Logan Jr.
                                  William B. Logan, Jr.