UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 7 |
| | : | |
| Pharmaceutical Alternatives Inc. | : | Case No. 08-60905 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

## TRUSTEE'S OMNIBUS OBJECTION TO PRE-PETITION PROOF OF CLAIM NOS. 31, 32, 34, 35, 37, 38, 41, 42, 43, 45, 46, 47, 48, 52, 53, 54, 59, 61, 62, 66, 67, 69, 71, 72, 75, 76, AND 79
## AND REQUEST FOR TENTATIVE ALLOWANCE OF THOSE CLAIMS, SUBJECT TO OBJECTION AT SOME LATER TIME

Now comes William B. Logan Jr., Trustee in Bankruptcy for Pharmaceutical Alternatives, Inc. and pursuant to 11 U.S.C. §502, Federal Rule of Bankruptcy Procedure 3007, and Local Bankruptcy Rule 3007-1, hereby objects to the proofs of claim filed by the creditors as identified on Exhibit A attached hereto, and requests the tentative allowance of those claims as pre-petition claims, which will receive no distribution at this time.

The Trustee has identified the claims listed on Exhibit A as pre-petition claims (that is, claims which arose before the date of the filing of the bankruptcy petition by the Debtor, which was November 5, 2008). One purpose of the Trustee's Objection is to provide notification to all pre-petition creditors regarding the status of the pre-petition claims as a whole, and the fact that the Trustee believes that the claims on the attached list appear to be pre-petition obligations. Another purpose of this Objection is to inform the pre-petition creditors that the Trustee is continuing the administration of the within estate; however, unless things change dramatically, pre-petition claims will not receive any distribution at any time. As a result, no final action will be taken at this time regarding any claim which is designated as a pre-petition claim.

If you feel that your claim is a post-petition claim, you should either amend your claim indicating the facts which would show that the claim is post-petition and is, therefore, entitled to

priority as an administrative claim, or you should respond to this objection as set forth below. If no objection or response is filed to this Objection by a particular claimant, then each claim will be tentatively allowed in the amount indicated in the Filed Amount column of Exhibit A, with the understanding that all of the pre-petition claims listed on Exhibit A most likely will receive no distribution at any time. The Trustee is reserving the right to object to any of these claims at some point in the future, if it appears that any distribution will be made to pre-petition claimants.

For the foregoing reasons, the Trustee respectfully urges this Court to sustain its Objection to the claims as set forth herein, and to tentatively allow these claims as pre-petition claims, with the understanding that they will not receive any distribution, and that the Trustee could still object to any claim in the future, if it appears that some distribution might be made to pre-petition creditors.

/s/ William B. Logan Jr.
William B. Logan Jr.          0019290
Case Attorney for William B. Logan Jr., Trustee
LUPER NEIDENTHAL & LOGAN
50 West Broad Street, Suite 1200
Columbus, Ohio 43215-3374
614/221-7663

Of Counsel:
LUPER NEIDENTHAL & LOGAN
Frederick M. Luper      William B. Logan, Jr.
Amy L. Bostic           Kenneth M. Richards
Deborah P. Ecker

## NOTICE OF OBJECTION TO CLAIM

The Trustee has filed an objection to your claim in this bankruptcy case. **Your claim may be reduced, modified, or eliminated**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to reduce, modify or eliminate your claim, then on or before **thirty (30) days from the date set forth in the certificate of service for the objection to claim**, you must file with the court a response explaining your position by mailing your response by regular

U.S. Mail to: The United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

| | |
|---|---|
| William B. Logan Jr., Trustee<br>Luper Neidenthal & Logan<br>50 W. Broad St., Ste. 1200<br>Columbus, OH 43215-3374 | United States Trustee<br>170 N. High St., Ste. 200<br>Columbus, OH 43215 |
| Pharmaceutical Alternatives Inc.<br>238 Main St.<br>Coshocton, OH 43812 | Andra M. Beckham, Esq.<br>David M. Whittaker, Esq.<br>James P. Schuck, Esq.<br>Attorneys for Debtor<br>Bricker & Eckler LLP<br>100 S. 3rd St.<br>Columbus, OH 43215 |
| Lawrence A. Heiser, Esq.<br>Attorney for Debtor<br>16 E Broadway<br>PO Box 309<br>Wellston, OH 45692-0309 | Richard T. Robol, Esq.<br>Attorney for Debtor<br>Robol Law Office<br>433 W. 6th Ave.<br>Columbus, OH 43201 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to claim and may enter an order reducing, modifying, or eliminating your claim without further notice or hearing.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 23, 2010, a copy of the foregoing was mailed electronically through the Court's ECF system upon the following:

| | |
|---|---|
| United States Trustee | Andra M. Beckham,<br>David M. Whittaker,<br>James P. Schuck,<br>Lawrence A. Heiser,<br>Richard T. Robol<br>Attorneys for Debtor |

And by regular U.S. Mail, postage prepaid, upon the following and the parties listed on Exhibit A:

Pharmaceutical Alternatives Inc.
238 Main St.
Coshocton, OH 43812

/s/ William B. Logan Jr.
William B. Logan Jr.
Case Attorney for William B. Logan Jr., Trustee