**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 08-60905 |
| | : | |
| Pharmaceutical Alternatives Inc. | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge  C. Kathryn  Preston |

**WITHDRAWAL OF OBJECTION TO CLAIM NO. 84**
(Related Doc #359)

William B. Logan Jr. Trustee in the above-captioned case, hereby withdraws the objection to Claim No. 84 filed by Steven Scott Williams.  The hearing scheduled for April 20, 2010 at 10:00 a.m. will be cancelled.

/s/ William B. Logan Jr.
William B. Logan Jr.            0019290
Case Attorney for William B. Logan Jr., Trustee
**LUPER NEIDENTHAL & LOGAN**
50 West Broad Street, Suite 1200
Columbus, Ohio 43215-3374
614/221-7663

Of Counsel:
LUPER NEIDENTHAL & LOGAN
Frederick M. Luper
William B. Logan, Jr.
Amy L. Bostic
Kenneth M. Richards
Deborah P. Ecker

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 13, 2010, a copy of the foregoing was mailed electronically through the Court's ECF system upon the following:

| | |
|---|---|
| United States Trustee | Andra M. Beckham, David M. Whittaker, James P. Schuck<br>Attorney for Debtor |

And by regular U.S. Mail, postage prepaid, upon the following:

| | |
|---|---|
| Pharmaceutical Alternatives Inc.<br>238 Main St.<br>Coshocton, OH  43812 | Steven Scott Williams<br>307 Center St.<br>Coshocton, OH  43812-1007 |

/s/ William B. Logan Jr.
William B. Logan Jr., Trustee